Submitted on record and briefs February 18, affirmed March 8, 2000

In the Matter of the Compensation of
Pamela J. McKiney, Claimant.

Pamela J. McKINEY,
*Petitioner,*

*v.*

CARDINAL SERVICES
and AIG Claim Services, Inc.,
*Respondents.*

(TP98008; CA A104861)

998 P2d 742

James C. Coffey filed the brief for petitioner. With him on the brief was Stebbins & Coffey.

Jenny Ogawa filed the brief for respondents. With her on the brief was Kevin L. Mannix, P. C.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Affirmed. *Rash v. McKinstry Co.,* 160 Or App 131, 981 P2d 343, *rev allowed* 329 Or 287 (1999).